UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: LAGOMARCINIS, WILFREDO TORRES § Case No. 12-11081-AJC
         LAGOMARCINIS, LUZ §
                                                    §
Debtor(s)                                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   Robert A. Angueira, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $135,393.90           Assets Exempt: $21,388.90
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,699.19    Claims Discharged
                                                Without Payment: $194,582.35

Total Expenses of Administration: $4,200.81

---

   3) Total gross receipts of $     9,900.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $9,900.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $211,203.75 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,200.81 | 4,200.81 | 4,200.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 246,467.49 | 125,295.95 | 60,193.38 | 5,699.19 |
| **TOTAL DISBURSEMENTS** | $457,671.24 | $129,496.76 | $64,394.19 | $9,900.00 |

  4) This case was originally filed under Chapter 7 on January 16, 2012. The case was pending for 18 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: 07/11/2013         By: /s/Robert A. Angueira
                                                Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1999 Ford Explorer Sport 2drs SUV | 1129-000 | 4,500.00 |
| 2003 Suzuki Vitara 4 Dr SUV 4x4 | 1129-000 | 4,400.00 |
| TAX REFUNDS | 1224-000 | 1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,900.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Lakeview Gardens At Miami Lakes c/o Popular | 4110-000 | 171.04 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 4110-000 | 96,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 4110-000 | 75,735.15 | N/A | N/A | 0.00 |
| NOTFILED | Bank United | 4110-000 | 9,417.12 | N/A | N/A | 0.00 |
| NOTFILED | Bank United | 4110-000 | 29,880.44 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$211,203.75** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert A. Angueira | 2100-000 | N/A | 1,740.00 | 1,740.00 | 1,740.00 |
| Robert A. Angueira | 2200-000 | N/A | 44.25 | 44.25 | 44.25 |
| Robert A. Angueira, PA | 3110-000 | N/A | 1,584.50 | 1,584.50 | 1,584.50 |
| Robert A. Angueira, PA | 3120-000 | N/A | 419.71 | 419.71 | 419.71 |
| Harry P. Stampler, Inc. | 3620-000 | N/A | 250.00 | 250.00 | 250.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.94 | 11.94 | 11.94 |
| Rabobank, N.A. | 2600-000 | N/A | 12.21 | 12.21 | 12.21 |
| Rabobank, N.A. | 2600-000 | N/A | 13.20 | 13.20 | 13.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,200.81 | $4,200.81 | $4,200.81 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for TD Bank, USA | 7100-000 | 2,814.00 | 2,849.59 | 0.00 | 0.00 |
| 2 | Discover Bank | 7100-000 | 8,457.30 | 8,574.37 | 8,574.37 | 811.84 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 1,310.32 | 1,386.11 | 1,386.11 | 131.25 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 8,323.63 | 8,323.63 | 788.09 |
| 5 | Midland Funding LLC | 7100-000 | N/A | 4,313.86 | 0.00 | 0.00 |
| 6 | Midland Funding LLC | 7100-000 | 3,400.00 | 3,248.97 | 0.00 | 0.00 |
| 7 | Midland Funding LLC | 7100-000 | 3,742.44 | 3,742.44 | 0.00 | 0.00 |
| 8 | GE Capital Retail Bank | 7100-000 | 1,244.44 | 1,244.44 | 0.00 | 0.00 |
| 9 | Midland Funding LLC | 7100-000 | N/A | 6,836.39 | 0.00 | 0.00 |
| 10 | GE Capital Retail Bank | 7100-000 | N/A | 875.92 | 0.00 | 0.00 |
| 11 | Midland Funding LLC | 7100-000 | N/A | 3,000.92 | 0.00 | 0.00 |
| 12 | AMERICAN HONDA FINANCE CORPORATION | 7100-000 | 21,000.00 | 7,245.99 | 7,245.99 | 686.06 |
| 13 | Quantum3 Group LLC as agent for | 7100-000 | 1,174.66 | 1,261.49 | 0.00 | 0.00 |
| 14 | Quantum3 Group LLC as agent for | 7100-000 | 157.00 | 235.05 | 0.00 | 0.00 |
| 15 | FIA Card Services, N.A. as successor to | 7100-000 | 10,779.66 | 11,019.64 | 0.00 | 0.00 |
| 16 | FIA Card Services, N.A. as successor to | 7100-000 | 7,756.56 | 7,857.66 | 0.00 | 0.00 |
| 17 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 5,048.76 | 0.00 | 0.00 |
| 17 -2 | Capital One Bank (USA), N.A. | 7100-000 | 5,564.11 | 5,048.76 | 5,048.76 | 478.02 |
| 18 | American Express Centurion Bank | 7100-000 | 700.37 | 700.37 | 700.37 | 66.31 |
| 19 | American Express TRS Co Inc Latin American | 7100-000 | N/A | 85.04 | 85.04 | 8.05 |
| 20 | Sallie Mae | 7100-000 | 24,242.55 | 23,623.18 | 23,623.18 | 2,236.67 |
| 21 | Credit Logic LLC--Jeff Agenbroad | 7100-000 | 4,900.00 | 5,205.93 | 5,205.93 | 492.90 |
| 22 | Quantum3 Group LLC as agent for | 7100-000 | 9,135.92 | 10,994.17 | 0.00 | 0.00 |
| 23 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 2,573.27 | 0.00 | 0.00 |
| NOTFILED | GE Money Bank | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | First Nationa Bank of Omaha | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Genesis Financial c/o NCO Financial System | 7100-000 | 2,285.00 | N/A | N/A | 0.00 |
| NOTFILED | Chevron/GE Money | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services Processing Center | 7100-000 | 2,415.51 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Servcie | 7100-000 | 1.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 7100-000 | 6,036.96 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 5,544.32 | N/A | N/A | 0.00 |
| NOTFILED | JC Penney | 7100-000 | 1,244.44 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 7,386.34 | N/A | N/A | 0.00 |
| NOTFILED | Lowes | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Target | 7100-000 | 2,727.70 | N/A | N/A | 0.00 |
| NOTFILED | Sears Card | 7100-000 | 3,379.22 | N/A | N/A | 0.00 |
| NOTFILED | Walmart | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Equity | 7100-000 | 95,212.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears | 7100-000 | 3,933.85 | N/A | N/A | 0.00 |
| NOTFILED | Macy | 7100-000 | 2,816.95 | N/A | N/A | 0.00 |
| NOTFILED | Macy | 7100-000 | 1,605.37 | N/A | N/A | 0.00 |
| NOTFILED | Radio Shack | 7100-000 | 1,237.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank USA | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Santander | 7100-000 | 4,127.85 | N/A | N/A | 0.00 |
| NOTFILED | Bay Area Credit | 7100-000 | 126.65 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $246,467.49 | $125,295.95 | $60,193.38 | $5,699.19 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-11081-AJC  
**Case Name:** LAGOMARCINIS, WILFREDO TORRES  
LAGOMARCINIS, LUZ  
**Period Ending:** 07/11/13  

**Trustee:** (290990) Robert A. Angueira  
**Filed (f) or Converted (c):** 01/16/12 (f)  
**§341(a) Meeting Date:** 02/21/12  
**Claims Bar Date:** 08/29/12  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 8095 NW 90 Street, Hialeah, FL 33016. | 72,640.00 | 0.00 | OA | 0.00 | FA |
| 2 | 17530 NW 68 Avenue #C3004, Miami 33015 | 42,480.00 | 0.00 | OA | 0.00 | FA |
| 3 | Cash on hand | 60.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account No: xxxx9346 Bank United | 200.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | 1,725.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 150.00 | 0.00 | | 0.00 | FA |
| 7 | Costume jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Retirement Annuity Policy No: xxx2391 | 17,388.90 | 0.00 | | 0.00 | FA |
| 9 | 1999 Ford Explorer Sport 2drs SUV | 1,525.00 | 4,500.00 | | 4,500.00 | FA |
| 10 | 2003 Suzuki Vitara 4 Dr SUV 4x4 VIN #JS3TD62V734104349 | 3,550.00 | 4,400.00 | | 4,400.00 | FA |
| 11 | 1995 Chevrolet Astro Cargo Van | 700.00 | 0.00 | OA | 0.00 | FA |
| 12 | TAX REFUNDS  (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 12 | **Assets  Totals** (Excluding unknown values) | **$140,468.90** | **$9,900.00** | | **$9,900.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Settlement / Order dated 07/11/12 DE #51.  Debtor to pay $5,500.00 to be paid in 10 monthly payments of $550.00 beginning on July 15, 2012 and ending on April 15, 2013.  Objection to Cliam filed 03/11/13 D.E. #62.

**Initial Projected Date Of Final Report (TFR):**    July 1, 2013          **Current Projected Date Of Final Report (TFR):**    May 8, 2013  (Actual)

July 11, 2013  
Date

/s/ Robert A. Angueira  
Robert A. Angueira

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-11081-AJC | **Trustee:** Robert A. Angueira (290990) |
| **Case Name:** LAGOMARCINIS, WILFREDO TORRES | **Bank Name:** The Bank of New York Mellon |
| LAGOMARCINIS, LUZ | **Account:** 9200-******15-66 - Checking Account |
| **Taxpayer ID #:** **-***4949 | **Blanket Bond:** $133,133,000.00 (per case limit) |
| **Period Ending:** 07/11/13 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/14/12 | | Wilfredo Lagomarcinis | Settlement; Order dated 07/11/12 D.E. #51 | | 550.00 | | 550.00 |
| | {9} | | Allocated to Asset #9         450.00 | 1129-000 | | | 550.00 |
| | {12} | | Allocated to Asset #12        100.00 | 1224-000 | | | 550.00 |
| 08/15/12 | | Wilfredo Lagomarcinis | Settlement; Order dated 07/11/2012 D.E.#51 | | 550.00 | | 1,100.00 |
| | {9} | | Allocated to Asset #9         450.00 | 1129-000 | | | 1,100.00 |
| | {12} | | Allocated to Asset #12        100.00 | 1224-000 | | | 1,100.00 |
| 08/21/12 | {10} | Auctions On Wheels Inc | Settlement; Order dated 07/11/2012 D.E.#51 And Report of Auctioneer dated 08/20/12 D.E. #55 | 1129-000 | 4,400.00 | | 5,500.00 |
| 08/29/12 | 101 | Harry P. Stampler, Inc. | Order dated 06/22/12 D.E. #48 | 3620-000 | | 250.00 | 5,250.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,225.00 |
| 09/10/12 | | Wilfredo Lagomarcinis | Settlement; Order dated 07/11/2012 D.E.#51 | | 550.00 | | 5,775.00 |
| | {9} | | Allocated to Asset #9         450.00 | 1129-000 | | | 5,775.00 |
| | {12} | | Allocated to Asset #12        100.00 | 1224-000 | | | 5,775.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,750.00 |
| 10/05/12 | | Wilfredo Lagomarcinis | Settlement; Order dated 07/11/2012 D.E.#51 | | 550.00 | | 6,300.00 |
| | {9} | | Allocated to Asset #9         450.00 | 1129-000 | | | 6,300.00 |
| | {12} | | Allocated to Asset #12        100.00 | 1224-000 | | | 6,300.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,275.00 |
| 11/12/12 | | Wilfredo Lagomarcinis | Settlement; Order dated 07/11/2012 D.E.#51 | | 550.00 | | 6,825.00 |
| | {9} | | Allocated to Asset #9         450.00 | 1129-000 | | | 6,825.00 |
| | {12} | | Allocated to Asset #12        100.00 | 1224-000 | | | 6,825.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,800.00 |
| 12/07/12 | | Wilfredo Lagomarcinis | Settlement; Order dated 07/11/2012 D.E.#51 | | 550.00 | | 7,350.00 |
| | {9} | | Allocated to Asset #9         450.00 | 1129-000 | | | 7,350.00 |
| | {12} | | Allocated to Asset #12        100.00 | 1224-000 | | | 7,350.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,325.00 |
| 01/02/13 | | Wilfredo Lagomarcinis | Settlement; Order dated 07/11/2012 D.E.#51 | | 550.00 | | 7,875.00 |
| | {9} | | Allocated to Asset #9         450.00 | 1129-000 | | | 7,875.00 |
| | {12} | | Allocated to Asset #12        100.00 | 1224-000 | | | 7,875.00 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001029099088 20130110 | 9999-000 | | 7,875.00 | 0.00 |

| | | | | |
|---|---|---|---:|---:|
| | | **ACCOUNT TOTALS** | 8,250.00 | 8,250.00 | $0.00 |
| | | Less: Bank Transfers | 0.00 | 7,875.00 | |
| | | **Subtotal** | 8,250.00 | 375.00 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$8,250.00** | **$375.00** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-11081-AJC  
**Case Name:** LAGOMARCINIS, WILFREDO TORRES  
LAGOMARCINIS, LUZ  
**Taxpayer ID #:** **-***4949  
**Period Ending:** 07/11/13  

**Trustee:** Robert A. Angueira (290990)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****359066 - Checking Account  
**Blanket Bond:** $133,133,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 7,875.00 | | 7,875.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.94 | 7,863.06 |
| 02/06/13 | | Wilfredo Lagomarcinis | Settlement; Order dated 07/11/2012 D.E.#51 | | 1,650.00 | | 9,513.06 |
| | {9} | | Allocated to Asset #9    450.00 | 1129-000 | | | 9,513.06 |
| | {9} | | Allocated to Asset #9    450.00 | 1129-000 | | | 9,513.06 |
| | {9} | | Allocated to Asset #9    450.00 | 1129-000 | | | 9,513.06 |
| | {12} | | Allocated to Asset #12    100.00 | 1224-000 | | | 9,513.06 |
| | {12} | | Allocated to Asset #12    100.00 | 1224-000 | | | 9,513.06 |
| | {12} | | Allocated to Asset #12    100.00 | 1224-000 | | | 9,513.06 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.21 | 9,500.85 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.20 | 9,487.65 |
| 05/31/13 | 10102 | Robert A. Angueira | Dividend paid 100.00% on $1,740.00, Trustee Compensation; Reference: | 2100-000 | | 1,740.00 | 7,747.65 |
| 05/31/13 | 10103 | Robert A. Angueira | Dividend paid 100.00% on $44.25, Trustee Expenses; Reference: | 2200-000 | | 44.25 | 7,703.40 |
| 05/31/13 | 10104 | Robert A. Angueira, PA | Dividend paid 100.00% on $1,584.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,584.50 | 6,118.90 |
| 05/31/13 | 10105 | Robert A. Angueira, PA | Dividend paid 100.00% on $419.71, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 419.71 | 5,699.19 |
| 05/31/13 | 10106 | Discover Bank | Dividend paid 9.46% on $8,574.37; Claim# 2; Filed: $8,574.37; Reference: | 7100-000 | | 811.84 | 4,887.35 |
| 05/31/13 | 10107 | PYOD, LLC its successors and assigns as assignee | Dividend paid 9.46% on $1,386.11; Claim# 3; Filed: $1,386.11; Reference: | 7100-000 | | 131.25 | 4,756.10 |
| 05/31/13 | 10108 | PYOD, LLC its successors and assigns as assignee | Dividend paid 9.46% on $8,323.63; Claim# 4; Filed: $8,323.63; Reference: | 7100-000 | | 788.09 | 3,968.01 |
| 05/31/13 | 10109 | AMERICAN HONDA FINANCE CORPORATION | Dividend paid 9.46% on $7,245.99; Claim# 12; Filed: $7,245.99; Reference: | 7100-000 | | 686.06 | 3,281.95 |
| 05/31/13 | 10110 | Capital One Bank (USA), N.A. | Dividend paid 9.46% on $5,048.76; Claim# 17-2; Filed: $5,048.76; Reference: | 7100-000 | | 478.02 | 2,803.93 |
| 05/31/13 | 10111 | American Express Centurion Bank | Dividend paid 9.46% on $700.37; Claim# 18; Filed: $700.37; Reference: | 7100-000 | | 66.31 | 2,737.62 |
| 05/31/13 | 10112 | American Express TRS Co Inc Latin American | Dividend paid 9.46% on $85.04; Claim# 19; Filed: $85.04; Reference: | 7100-000 | | 8.05 | 2,729.57 |
| 05/31/13 | 10113 | Sallie Mae | Dividend paid 9.46% on $23,623.18; Claim# 20; Filed: $23,623.18; Reference: | 7100-000 | | 2,236.67 | 492.90 |
| 05/31/13 | 10114 | Credit Logic LLC--Jeff Agenbroad | Dividend paid 9.46% on $5,205.93; Claim# | 7100-000 | | 492.90 | 0.00 |

Subtotals :         $9,525.00         $9,525.00

{} Asset reference(s)                                                                 Printed: 07/11/2013 09:45 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** 12-11081-AJC | **Trustee:** Robert A. Angueira (290990) |
| **Case Name:** LAGOMARCINIS, WILFREDO TORRES<br>LAGOMARCINIS, LUZ | **Bank Name:** Rabobank, N.A.<br>**Account:** ****359066 - Checking Account |
| **Taxpayer ID #:** **-***4949 | **Blanket Bond:** $133,133,000.00 (per case limit) |
| **Period Ending:** 07/11/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 21; Filed: $5,205.93; Reference: | | | | |
| | | | **ACCOUNT TOTALS** | | 9,525.00 | 9,525.00 | $0.00 |
| | | | Less: Bank Transfers | | 7,875.00 | 0.00 | |
| | | | **Subtotal** | | 1,650.00 | 9,525.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,650.00** | **$9,525.00** | |

Net Receipts :          9,900.00
                       _____
Net Estate :           $9,900.00

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******15-66** | 8,250.00 | 375.00 | 0.00 |
| **Checking # ****359066** | 1,650.00 | 9,525.00 | 0.00 |
| | $9,900.00 | $9,900.00 | $0.00 |

{} Asset reference(s)                                                                 Printed: 07/11/2013 09:45 AM    V.13.13